AO 442 (Rev. 01/09) Arrest Warrant

Copy

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| United States of America | ) |
|---|---|
| v. | ) |
| YOSBEL BUSCARON | ) Case No. 09-810 (JAP)(JS) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    YOSBEL BUSCARON                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Defraud the U.S. Government and to Present False Claims to the Government -- 18 U.S.C. 371;
Submission of False Claims to the U.S. Government -- 18 U.S.C. 287;
Conspiracy to Commit Mail Fraud -- 18 U.S.C. 1349;
Mail Fraud -- 18 U.S.C. 1341; and
Forfeiture -- 18 U.S.C. 982.

Date: 10/27/09

_____
*Issuing officer's signature*

City and state: Camden, New Jersey

HONORABLE ANN MARIE DONIO, USMJ
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*