*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEW JERSEY*
*TRENTON OFFICE*

DATE OF PROCEEDING: 12/14/2009
CRIMINAL DOCKET NO. 09-810(JAP) 01-05

JUDGE JOEL A. PISANO
COURT REPORTER : Joanne Caruso
COURTROOM DEPUTY: Dana Sledge

TITLE OF CASE:
USA vs. Yosbel Buscaron, et al.,

APPEARANCES:
Dept of Justice Trial Attorneys:
Brigham Cannon & Hank Bond Walter
AUSA - Jennifer Davenport
Paralegal - Elizabeth Sebesky
PTS present.
Retd - Marcia Silvers, Esq., for defts #1
Retd - Marcia Silvers, Esq., (stand-in appearance for J. Rosenbaum), for deft #2
CJA Apptd - Anthony Simonetti, Esq., for deft #3
Retd - Donald Bierman, Esq., for deft #4
CJA Apptd - Patrick S. Dary, Esq., for deft #5
Yosbel Buscaron, deft present.
Lazaro Fernandez, deft present.
Wanda Hutchinson, deft present.
Jessica Bacallo, deft present.
Kathleen Valle, deft present.
Anna Steckel, sign language interpreter present.
Stephen Toth, Jr., sign language interpreter present.

NATURE OF PROCEEDINGS:
Arraignment & bail modification proceeding held on the Indictment.

Defendant(s) informed of charges, rights and penalties.
Defendant(s) waive reading of the Indictment.
Defendant(s) entered a not guilty plea as to all counts of the Indictment.
Complex order for discovery & inspection filed.
Trial schedule: Pretrial motions due 01/11/2010; Opposition due 01/25/2010; Motion hearing set for 02/08/10 at 10:00 a.m.; Jury trial set 02/22/10 at 9:30 a.m.
Parties directed to submit proposed order regarding any bail modifications.
Chambers conference held.

TIME COMMENCED 11:30 a.m. TIME ADJOURNED 12:30 p.m.

s/Dana Sledge, Courtroom Deputy