UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

Case No. 09-CR-00810-JAP

UNITED STATES OF AMERICA,

Plaintiff,

v.

YOSBEL BUSCARON,

Defendant.

_____/

ORDER GRANTING
UNOPPOSED MOTION FOR EXONERATION OF BOND

THIS CAUSE came before the Court on Defendant YOSBEL BUSCARON's Unopposed Motion for Exoneration of Bond and the Court being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the motion is **GRANTED** and the Clerk shall forthwith return the ten percent premium bond in the amount of $10,000.00 posted on July 8, 2009 plus any interest accrued to Rosa A. Munoz.

DONE AND ORDERED at Trenton, New Jersey this ____ day of January 2010.

JOEL A. PISANO
DISTRICT COURT JUDGE

Copies furnished:
Counsel of Record