UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE: TRENTON
JUDGE JOEL A. PISANO
COURT REPORTER: JOANNE CARUSO
DATE OF PROCEEDINGS: 10/15/2012

TITLE OF CASE:
UNITED STATES OF AMERICA
    vs.
CRIMINAL DOCKET #: 09-810(JAP)-01
YOSBEL BUSCARON, DEFENDANT PRESENT.

APPEARANCES:
Robert Zink, Assistant United States Attorney
Marcia Jean Silvers, Esquire for Defendant
Denise May, U.S. Probation Officer

NATURE OF PROCEEDINGS:
DEFENDANT SENTENCED TO COUNT FOUR OF THE INDICTMENT.
SENTENCE: N/A
SUPERVISED RELEASE: N/A
PROBATION: 5 years with special conditions
FINE: Waived in lieu of restitution.
RESTITUTION: $2,500,000.00 (interest waived)
SPECIAL ASSESSMENT: $100 (due immediately)
Defendant advised of his right to appeal.
Hearing on Government's application to dismiss all pending counts.
Ordered application Granted.

TIME COMMENCED: 10:00 a.m.
TIME ADJOURNED: 11:00 a.m.
TOTAL TIME: 1 hour

        s/Dana Sledge
        Courtroom Deputy